■ In the Matter of WILLIAM N. MAIRS, JR., Admitted as WILLIAM NORTON MAIRS, JR.—Motion granted to the extent of reinstating respondent as an attorney and counselor-at-law in

the State of New York upon furnishing to this court proof of the successful completion of a recognized Bar review course, and upon the further order of this court. Concur—Murphy, P. J., Kupferman, Sandler, Milonas and Wallach, JJ.